UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Elias Rohan Johnson**                    **Docket No. 7:21-CR-13-1FL**

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Elias Rohan Johnson, who, upon an earlier plea of guilty to Count 3: Distribution and Possession With Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and Count 4: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c) and 924(c)(1)(A)(i), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on March 17, 2022, to the custody of the Bureau of Prisons for a term of 62 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Elias Rohan Johnson was released from custody on July 11, 2025, at which time the term of supervised release commenced.

On February 27, 2026, a Violation Report was submitted to the court advising that on February 25, 2026, the defendant was charged with Resisting Public Officer (26CR242288) in Pitt County, North Carolina. It was respectfully recommended that supervision be permitted to continue, and the court agreed.

On June 2, 2026, a Petition for Action was approved by the court addressing U.S. v. McLaurin. At that time, the court ordered that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and special conditions imposed by the court.

On July 17, 2026, a Violation Report was submitted to the court reporting that the defendant was charged with Possession of a Firearm by a Felon and Carrying a Concealed Gun by the Grifton Police Department in Pitt County, North Carolina (26CR359174-730 and 26CR359175-730). It was requested that pending the receipt of all reports and investigative materials, that supervision be permitted to continue.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Following the defendant's arrest in Pitt County, North Carolina, on July 17, 2026, there have been concerns noted by the defendant and his family about ongoing struggles with mental health. He is requesting assistance in obtaining mental health services and in an effort to facilitate that treatment, it is respectfully recommended that the conditions of supervised release be modified to include participation in mental health treatment as directed by the probation office.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

**Elias Rohan Johnson**
**Docket No. 7:21-CR-13-1FL**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
Senior U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: July 28, 2026

### ORDER OF THE COURT

Considered and ordered this ____29th____ day of _____July_____, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge